

FILED
6/24/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CRL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDMOND HARRIS | Violations: Title 18, United States Code, Sections 2119, 924(c)(1)(A), and 924(j)(1)<br><br>**1:21-CR-00392**<br>**JUDGE ROWLAND**<br>**MAGISTRATE JUDGE KIM** |

### COUNT ONE

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about March 23, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

EDMOND HARRIS,

defendant herein, with intent to cause death and serious bodily harm, did take and attempt to take a motor vehicle, namely, a 2013 Lexus GS sedan with vehicle identification number JTHCE1BL5D5013085, that had been transported, shipped, and received in interstate commerce from the person and presence of Javier Ramos by force, violence, and intimidation, resulting in the death of Javier Ramos;

In violation of Title 18, United States Code, Section 2119.

## **COUNT TWO**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about March 23, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### EDMOND HARRIS,

defendant herein, did use, carry, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about March 23, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

EDMOND HARRIS,

defendant herein, in the course of a violation of Title 18, United States Code, Section 924(c), as charged in Count Two of this Indictment, did use, carry, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count One of this Indictment, causing the death of Javier Ramos through the use of the firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a), in that defendant, with malice aforethought, killed Javier Ramos during the perpetration and attempted perpetration of a robbery.

In violation of Title 18, United States Code, Section 924(j)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY